# EXHIBIT A

**Sent:** Friday, January 20, 2023 11:19 AM
**To:** Danica Twomey <danica@ienjoyhome.com>
**Cc:** Sarah Holt <sarah.holt@pattern.com>; Casey Green <casey.green@pattern.com>; Sean Noll <sean@ienjoyhome.com>; Trevor Graves <trevor.graves@ienjoyhome.com>; Martina Kuzmanoski <martina@ienjoyhome.com>; Lindsey Munson - ienjoy Home <lindsey@ienjoyhome.com>; Janet Allison <janet.allison@pattern.com>
**Subject:** Re: Our Partnership


Looping in Janet.


Thanks,

Aaron



On Fri, Jan 20, 2023 at 10:45 AM Danica Twomey <danica@ienjoyhome.com> wrote:

> Hi Sarah & Aaron,
>
>
> After careful review by our Management Board taking into consideration our company initiatives and strategy with Amazon as a revenue channel, it was decided that we will be terminating our contract with Pattern. This is the official 60 day notice of termination.
>
>
> Our CEO spoke to Casey today to let him know, as well as worked out a plan for the current inventory at hand. We're going to keep the inventory there for the next 60 days. Trevor from our team is going to take over the marketing and pricing to blow through as much of that inventory as possible over this time.

Sarah, sorry to give you this news while you are OOO. I'm sure we'll need to set up a call when you're back so we can strategize on the best way to transition it back to us. We will need to be in tight coordination with you guys on inventory levels by ASIN to make sure this goes as smoothly as possible.

You will likely see Trevor & his team working on the groupings, UPCs, imagery, etc. as well.

We enjoyed working with you and the team and hope our paths cross again some time!

All the best,

Danica





**Danica Twomey** | VP of Sales & Marketing

 (727) 216-6754    danica@ienjoyhome.com

ienjoyhome.com    2021 Sunnydale Blvd #130, Clearwater, FL 33765