UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(Tampa Division)

CASE No.: 8:23-cv-02362-WFJ-CPT

PATTERN INC., a Utah corporation,

    Plaintiff / Counter-Defendant,

v.

IENJOY HOME LLC a/k/a LINEN MARKET,
a Florida limited liability company,

    Defendant / Counter-Plaintiff.

_____/

## MEDIATION REPORT

    Plaintiff/Counter-Defendant, PATTERN INC. ("Plaintiff"), and Defendant/Counter-Plaintiff, IENJOY HOME LLC a/k/a LINEN MARKET ("Defendant"), by and through the undersigned attorneys, hereby give notice to the Court that Parties have reached a settlement agreement.

    A notice of voluntary dismissal will be filed pursuant to the settlement agreement once certain conditions are met, which the parties expect will occur within the next seven (7) business days.

Respectfully submitted,

**LOMAX LEGAL PLLC**
95 Merrick Way, 3rd Floor
Coral Gables, FL 33134
Telephone: 305.582.6506
Facsimile: 305.503.6897

/s/ Christopher M. Lomax

**Christopher M. Lomax Esq.**
Florida Bar No. 56220

Chris@LomaxLegal.com

**Brianna P. Hathaway Esq.**
Florida Bar No. 1019219
Brianna@LomaxLegal.com

*Counsel for Plaintiff*

**TRIPP SCOTT, P.A.**

*Counsel for Defendant/Counter-Plaintiff*
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 525-7500
/s/ Ryan H. Lehrer

**Ryan H. Lehrer, Esq.**
Florida Bar No. 0084423
**Jennifer A. Bautista, Esq.**
Florida Bar No. 1019335
rhl@trippscott.com
jab@trippscott.com
sxc@trippscott.com
mrb@trippscott.com
eservice@trippscott.com